**Fill in this information to identify the case:**

Debtor name     **TBA Global, LLC f/k/a TBA Global Events, LLC**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)     _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     April 14, 2016          **x**  /s/ Stephan M. Pinsly
                                              Signature of individual signing on behalf of debtor

**Getzler Henrich & Associates LLC, by Stephan M. Pinsly**
Printed name

**Chief Responsible Officer**
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name **TBA Global, LLC f/k/a TBA Global Events, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
  amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................   $                 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................   $          569,961.10

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................   $          569,961.10

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $       13,955,215.12

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $          217,260.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................   +$        9,731,235.02

4.   **Total liabilities** ....................................................................................................................
   Lines 2 + 3a + 3b                                                                                     $       23,903,710.14

**Fill in this information to identify the case:**

Debtor name    **TBA Global, LLC f/k/a TBA Global Events, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Webster Bank 145 Bank Street Waterbury, CT 06720** | **Operating** | 9508 | $2,975.17 |
| 3.2. | **Webster Bank 145 Bank Street Waterbury, CT 06720** | **Custodial** | 9542 | $0.00 |
| 3.3. | **Webster Bank 145 Bank Street Waterbury, CT 06720** | **Payroll** | 9524 | $0.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $2,975.17 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **TBA Global, LLC f/k/a TBA Global Events, LLC**    Case number *(If known)* _____
_____
Name

**Southfield HS Development LLC**
**26555 Evergreen Rd. Ste. 102**
**Southfield, MI 48076**
7.1.    **[Security deposit with landlord]**    $14,990.25

**Rollins Associates L.P.**
**1415 Elm Hill Pike**
**Nashville, TN 37210**
7.2.    **[Security deposit with landlord]**    $1,150.00

**Wheels Up**
**220 W. 42nd Street Floor 10**
**New York, NY 10036**
7.3.    **[Security deposit with landlord]**    $34,615.04

**Fort IX, LLC**
**113 Seaboard Lane, Suite A-105**
**Franklin, TN 37067**
7.4.    **[Security deposit with landlord]**    $3,414.77

**Pacific Union Co.**
**106 Lincoln Blvd.**
**San Francisco, CA 94129**
7.5.    **[Security deposit with landlord]**    $2,912.79

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1.    **The Hartford - Workers Compensation**    $7,084.62

8.2.    **Philadelphia Insurance Policies - Entertainment Umbrella**    $5,112.00

8.3.    **Philadelphia Insurance Policies - Entertainment**    $2,762.00

8.4.    **ACE Foreign Package - insurance**    $875.00

8.5.    **AON Ent & Foreign Financing - insurance**    $255.41

8.6.    **Indian Harbor - Professional Liability Insurance**    $15,444.00

9.    **Total of Part 2.**    $88,615.88
Add lines 7 through 8. Copy the total to line 81.

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 2

Debtor    **TBA Global, LLC f/k/a TBA Global Events, LLC**                Case number *(If known)* _____
_____
          Name

---

**Part 3:**       **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.                              * This estimate is for projects not completed.

11.       **Accounts receivable**

11a. 90 days old or less:          **4,078,370.05**      -      **3,600,000.00**<sup>*</sup> = ....        **$478,370.05**
                                   face amount                  doubtful or uncollectible accounts

---

12.       **Total of Part 3.**                                                                    | **$478,370.05** |
          Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**       **Investments**

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**       **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**       **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**       **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** **Miscellenous furniture.** | **$312.51** | | **$0.00** |
| 40.     **Office fixtures** | | | |
| 41.     **Office equipment, including all computer equipment and communication systems equipment and software** **Ricoh leased copiers at the New York, Detroit, and Nashville locations.** | **Undetermined** | | **$0.00** |
| **Television, laptops, computers and server equipment at various debtor locations.** | **$19,743.70** | | **$0.00** |

---

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

---

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
    books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
    collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                                                                  $0.00
    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ■ No.  Go to Part 9.
    ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

    ■ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No.  Go to Part 11.
    ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 64. | **Other intangibles, or intellectual property**<br>**Trademarks**<br>**- Serial No. 85462952 "How1Loud"**<br>**- Serial No. 85497752 "Fastest Kid in America"**<br>**- Serial No. 85497723 "Evento"**<br>**- Serial No. 85470127 "LUVLOUD"**<br>**- Serial No. 78517047 "TBA GLOBAL EVENTS"**<br>**- Serial No. 85691291 "Fandom"** | **$1,499,994.00** | | **Undetermined** |
| 65. | **Goodwill** | | | |

Debtor    **TBA Global, LLC f/k/a TBA Global Events, LLC**      Case number *(If known)* _____
_____
Name

| | | |
|---|---|---|
| 66. | **Total of Part 10.** | **$0.00** |
| | Add lines 60 through 65. Copy the total to line 89. | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:**    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties** (whether or not a lawsuit
has been filed)
TBA Global, LLC v. Proscenium Events, LLC, Mark
Shearon, Chuck Santoro, Mark Leiss, James
Cavanaugh, Peter Pastor, Leah Taylor, Jeff
Clinkenbeard, Keirsten Hammett, Dale Allarde and
Jenna Passmore.   Supreme Court, New York County.
Index No. 651171/2012
Nature of claim     Breach of non-compete      **Undetermined**
               agreement & misappropriation
               of trade secrets and clients.
Amount requested     unknown

75. **Other contingent and unliquidated claims or causes of action of
every nature, including counterclaims of the debtor and rights to
set off claims**

76. **Trusts, equitable or future interests in property**
TBA Global Marketing Inc.
[100% equity interest]                                 **Undetermined**

TBA Global Limited
[100% membership interest]                           **Undetermined**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| | **Global Events and Marketing, LLC**<br>**[100% membership interest]** | **Undetermined** |

| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
|---|---|---|
| | **TBA Global Marketing Inc.**<br>**[Intercompany receivable balance from debtor's**<br>**Canadian subsidiary]** | **Undetermined** |
| | **TBA Global Limited**<br>**[Intercompany receivable balance from debtor's UK**<br>**subsidiary]** | **Undetermined** |

| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$0.00** |
|---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $2,975.17 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $88,615.88 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $478,370.05 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $569,961.10 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $569,961.10 |

**Fill in this information to identify the case:**

Debtor name    **TBA Global, LLC f/k/a TBA Global Events, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Webster Bank, National Assoc.** | Describe debtor's property that is subject to a lien | **$5,578,000.00** | **Undetermined** |
|---|---|---|---|---|

Creditor's Name

**Two Stamford Plaza
281 Tresser Blvd., 4th Floor
Stamford, CT 06901**

Creditor's mailing address                    Describe the lien

                                               Is the creditor an insider or related party?

Creditor's email address, if known            ☑ No
                                               ☐ Yes

                                               Is anyone else liable on this claim?

**Date debt was incurred**                     ☐ No
                                               ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**    As of the petition filing date, the claim is:
Check all that apply

☑ No                                           ☐ Contingent
☐ Yes. Specify each creditor, including this creditor and its relative priority.    ☐ Unliquidated
                                               ☐ Disputed

| 2.2 | **Webster Bank, National Assoc.** | Describe debtor's property that is subject to a lien | **$8,377,215.12** | **Undetermined** |
|---|---|---|---|---|

Creditor's Name

**Two Stamford Plaza
281 Tresser Blvd., 4th Floor
Stamford, CT 06901**

Creditor's mailing address                    Describe the lien

                                               Is the creditor an insider or related party?

Creditor's email address, if known            ☑ No
                                               ☐ Yes

                                               Is anyone else liable on this claim?

**Date debt was incurred**                     ☐ No
                                               ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**    As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number (if know) | |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$13,955,215.12**

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **King & Spalding LLP**<br>**Attn: Mark Maloney, Esq.**<br>**1180 Peachtreet Street N.E.**<br>**Atlanta, GA 30309** | Line **2.1** | |
| **King & Spalding LLP**<br>**Attn: Mark Maloney, Esq.**<br>**1180 Peachtreet Street N.E.**<br>**Atlanta, GA 30309** | Line **2.2** | |
| **Robinston & Cole LLP**<br>**Attn. Michael Kaufman, Esq.**<br>**885 Third Ave., 28th Floor**<br>**New York, NY 10022-4834** | Line **2.1** | |
| **Robinston & Cole LLP**<br>**Attn. Michael Kaufman, Esq.**<br>**885 Third Ave., 28th Floor**<br>**New York, NY 10022-4834** | Line **2.2** | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name  **TBA Global, LLC f/k/a TBA Global Events, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Amanda E. Pomrenke**<br>**689 MARIN BLVD. #PH1A**<br>**Jersey City, NJ 07310** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,862.00 | $3,862.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Vacation, personal, and sick pay** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Andrea E. Bradford**<br>**1325 JACKSON ST**<br>**San Francisco, CA 94109** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,679.00 | $2,679.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>**Vacation, personal, and sick pay** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,345.00** | **$12,475.00**

**Andrew G. Lesher**
**564 MARIN AVE**
**Mill Valley, CA 94941**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**Arizona Dept of Revenue**
**Collections - Division 23**
**1600 West Monroe**
**Phoenix, AZ 85007-2650**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00**

**California Frachise Tax Board**
**300 S. Spring St., Suite 5704**
**Los Angeles, CA 90013-1265**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,635.00** | **$3,635.00**

**Cezanne C. Albright-Engel**
**34 Knox Lane**
**Manalapan, NJ 07726**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | TBA Global, LLC f/k/a TBA Global Events, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,856.00 | $5,856.00 |
|---|---|---|---|---|

**Christine L. Kiesling**
**336 FT. WASHINGTON AVE., #5H**
**New York, NY 10033**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**City Treasurer - Southfield**
**26000 Evergreen Road**
**PO Box 2055**
**Southfield, MI 48037-2055**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Colorado Dept of State**
**1700 Broadway, Suite 200**
**Denver, CO 80217-0087**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,090.00 | $5,090.00 |
|---|---|---|---|---|

**Cynthia A Bell**
**37351 SEABROOK DR**
**Livonia, MI 48152**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.11** | Priority creditor's name and mailing address

**Danielle Mayer**
**21A BELFIELD AVE**
**Staten Island, NY 10312**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$318.00**    **$318.00**

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12** | Priority creditor's name and mailing address

**Dave L. Longwill**
**1505 DEMONBREUN ST. APT #601**
**Nashville, TN 37203**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$8,581.00**    **$8,581.00**

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13** | Priority creditor's name and mailing address

**Delaware Secretary of State**
**Divisions of Corporations**
**PO Box 74072**
**Baltimore, MD 21274-4072**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:
**For notice purposes.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14** | Priority creditor's name and mailing address

**Donald E. Henry**
**5535 STERLING LAKES CIRCLE**
**206**
**Mason, OH 45040**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**    **$0.00**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **TBA Global, LLC f/k/a TBA Global Events, LLC**                                    Case number (if known) _____
     Name

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,097.00 | $1,097.00 |
|---|---|---|---|---|

**Doreen N. Speller**
**43-32 KISSENA BLVD 6D**
**Flushing, NY 11355**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,430.00 | $7,430.00 |
|---|---|---|---|---|

**Elizabeth A. Jones**
**3 CALUMET AVE**
**San Anselmo, CA 94960**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Georgia Dept of Revenue**
**Attn: Office of Counsel**
**1800 Century Blvd. NE**
**Atlanta, GA 30345**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**For notice purposes.**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $9,726.00 | $9,726.00 |
|---|---|---|---|---|

**Gloria C. Lee**
**24704 CALLE CONEJO**
**Calabasas, CA 91302**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
_____

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Internal Revenue Service**
**Bankruptcy Unit**
**290 Broadway - 5th Floor**
**New York, NY 10007**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,668.00 | $4,668.00 |

**Jennifer H. Gothelf**
**2-14TH STREET 809**
**Hoboken, NJ 07030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,853.00 | $1,853.00 |

**Jennifer M. Beers**
**17 BUHL LANE**
**East Northport, NY 11731**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,761.00 | $6,761.00 |

**Josie L. Viloria**
**5536 BIRCHVIEW LANE**
**Camarillo, CA 93012**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.23** Priority creditor's name and mailing address

**Kathleen L. Meissner**
**527 BALDWIN AVE**
**Royal Oak, MI 48067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,084.00    $2,084.00

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.24** Priority creditor's name and mailing address

**Kevin M Dent**
**3841 PARK AVE**
**Edison, NJ 08820**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,202.00    $6,202.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**2.25** Priority creditor's name and mailing address

**Los Angeles County**
**LA County Tax Collector**
**225 North Hill St., Rm 122**
**Los Angeles, CA 90012**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**For notice purposes.**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.26** Priority creditor's name and mailing address

**MacKenzie R. Staffier**
**159 W 23 ST APT 4F**
**New York, NY 10011**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,118.00    $5,118.00

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Debtor    **TBA Global, LLC f/k/a TBA Global Events, LLC**                    Case number (if known)
_____ Name

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,155.00 | $4,155.00 |

**Mahabub A. Hoque**
**125 SPRINGFIELD RD**
**Elizabeth, NJ 07208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,334.00 | $1,334.00 |

**Margaret A. Roache**
**3875 BISHOP**
**Detroit, MI 48224**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,442.00 | $7,442.00 |

**Martin P. West**
**83 2 PLACE 2L**
**Brooklyn, NY 11231**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,858.00 | $2,858.00 |

**Melissa J. Touchtone**
**24505 HARMON**
**Saint Clair Shores, MI 48080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **TBA Global, LLC f/k/a TBA Global Events, LLC**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|

**2.31** Priority creditor's name and mailing address

**Michigan Dept of Treasury**
**Attn: Office of Counsel**
**Lansing, MI 48922**

As of the petition filing date, the claim is:    **$0.00**    **$0.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:
_____    **For notice purposes.**

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)    ☐ Yes

---

**2.32** Priority creditor's name and mailing address

**Nicholas D. Mirabile**
**125 Sycamore Ln**
**Fairfield, CT 06824**

As of the petition filing date, the claim is:    **$16,557.00**    **$12,850.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:
_____    **Serverance**

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

**2.33** Priority creditor's name and mailing address

**North Carolina Dept of Revenue**
**Post Office Box 871**
**Raleigh, NC 27602**

As of the petition filing date, the claim is:    **$0.00**    **$0.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:
_____    **For notice purposes.**

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)    ☐ Yes

---

**2.34** Priority creditor's name and mailing address

**NYC Dept of Finance**
**66 John Street, Room 104**
**New York, NY 10038**

As of the petition filing date, the claim is:    **$0.00**    **$0.00**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    Basis for the claim:
_____    **For notice purposes.**

Last 4 digits of account number    Is the claim subject to offset?
Specify Code subsection of PRIORITY    ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)    ☐ Yes

---

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NYS Dept of Taxation & Finance**
**Attn: Office of Counsel**
**Bldg 9, WA Harriman Campus**
**Albany, NY 12227**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Office of the Treasurer & Tax-**
**San Francisco City Hall-Rm 140**
**1 Dr. Carlton B. Goodlett Plac**
**San Francisco, CA 94102**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes.**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,437.00 | $12,475.00 |
|---|---|---|---|---|

**Paula L. Balzer**
**2929 Gardens Blvd.**
**Naples, FL 34105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,614.00 | $12,475.00 |
|---|---|---|---|---|

**Ping W. Shih**
**1108 W VALLEY BLVD STE 6-179**
**Alhambra, CA 91803**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **TBA Global, LLC f/k/a TBA Global Events, LLC**                    Case number (if known)
     Name

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,322.00 | $2,322.00 |
|---|---|---|---|---|

**Rebecca L. Batterman**
**313 EAST 61ST ST., #6B**
**New York, NY 10065**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,615.00 | $6,615.00 |
|---|---|---|---|---|

**Richard A. Smith**
**116 S MILLBROOKE CT**
**Advance, NC 27006**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,423.00 | $4,423.00 |
|---|---|---|---|---|

**Richard J. Shahum**
**470 GLENBROOK RD #2D**
**Stamford, CT 06906**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Serverance**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,202.00 | $6,202.00 |
|---|---|---|---|---|

**Robert F. Casinover**
**37 SKI LANE**
**Mill Neck, NY 11765**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$3,894.00** | **$3,894.00** |
|---|---|---|---|---|
| | **Robert G. Coombs**<br>**352 BRIGHTON AVE 208**<br>**San Francisco, CA 94112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Vacation, personal, and sick pay** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$9,894.00** | **$9,894.00** |
|---|---|---|---|---|
| | **Rodrigo F. Espinosa**<br>**40 HOWLAND HILL LANE**<br>**Burlingame, CA 94010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Vacation, personal, and sick pay** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$2,751.00** | **$2,751.00** |
|---|---|---|---|---|
| | **Samant McClernon-Pinches**<br>**854 WEST 180TH STREET APT**<br>**#4A**<br>**New York, NY 10033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Vacation, personal, and sick pay** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,206.00** | **$4,206.00** |
|---|---|---|---|---|
| | **Sarah A. Vitale**<br>**59 W 10 ST 1E**<br>**New York, NY 10011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Vacation, personal, and sick pay** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☐ No<br>☐ Yes | | |

Debtor    **TBA Global, LLC f/k/a TBA Global Events, LLC**    Case number (if known)
Name

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,500.00 | $3,500.00 |
|---|---|---|---|---|

**Susan Yin**
**1572 Manzanita CT**
**COQUITLAM**
**BC V3E 6E3, CANADA**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,306.00 | $0.00 |
|---|---|---|---|---|

**Susana Chen**
**87-20 56 AVE B4**
**Elmhurst, NY 11373**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,575.00 | $1,575.00 |
|---|---|---|---|---|

**Tiana M. Rojas**
**207 PROSPECT PARK SW 6D**
**Brooklyn, NY 11218**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,461.00 | $1,461.00 |
|---|---|---|---|---|

**Tina Marie T. Wassman**
**25430 WESTMORELAND**
**Farmington, MI 48336**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **TBA Global, LLC f/k/a TBA Global Events, LLC**                                     Case number (if known)
_____
Name

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

2.51
Priority creditor's name and mailing address
**TN Dept of Revenue**
**Richard H.Roberts,Commissioner**
**500 Deaderick Street**
**Nashville, TN 37242**

As of the petition filing date, the claim is:    **$0.00**    **$0.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**For notice purposes.**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

2.52
Priority creditor's name and mailing address
**Vladimir Bitel**
**339 AVENUE P 3B**
**Brooklyn, NY 11204**

As of the petition filing date, the claim is:    **$4,125.00**    **$4,125.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

2.53
Priority creditor's name and mailing address
**Zachary M. Brown**
**2-3 BERGEN RIDGE ROAD**
**North Bergen, NJ 07047**

As of the petition filing date, the claim is:    **$3,284.00**    **$3,284.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Vacation, personal, and sick pay**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

3.1
Nonpriority creditor's name and mailing address
**Accounting Principals**
**Attn: Pres or Gen Counsel**
**Dept CH 14031**
**Palatine, IL 60055**

As of the petition filing date, the claim is: *Check all that apply.*    **$22,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?    ■ No    ☐ Yes

---

3.2
Nonpriority creditor's name and mailing address
**Accurate Staging Nashville Inc**
**Attn: Pres or Gen Counsel**
**840 Cowan Street**
**Nashville, TN 37207**

As of the petition filing date, the claim is: *Check all that apply.*    **$9,969.06**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?    ■ No    ☐ Yes

---

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AFCO Credit Corporation**
**Attn: President or Gen Counsel**
**PO Box 360572**
**Pittsburgh, PA 15250-6572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  For notice purposes.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|

**Alfred R Warner III**
**1445 American Pacific Dr #110-**
**Henderson, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $362.50 |
|---|---|---|---|

**Alissa Campbell**
**691 N. Blacks Corner Road**
**Imlay City, MI 48444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,361.71 |
|---|---|---|---|

**All Stage and Sound Inc**
**Attn: Pres or Gen Counsel**
**21500 Laytonsville Rd**
**Laytonsville, MD 20882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,917.00 |
|---|---|---|---|

**AMA Carpets Inc**
**Attn: Pres or Gen Counsel**
**98 12th Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $451,038.69 |
|---|---|---|---|

**American Express**
**Attn: Bankruptcy or Legal Dept**
**PO Box 360001**
**Fort Lauderdale, FL 33336-0010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,009.94 |
|---|---|---|---|

**American Furniture Rentals Inc**
**Attn: Pres or Gen Counsel**
**720 Hylton Road**
**Pennsauken, NJ 08110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.23** |
|---|---|---|---|

**Andrea Bradford**
**1325 Jackson St**
**San Francisco, CA 94109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$101.52** |
|---|---|---|---|

**Andrew Lesher**
**564 Marin Avenue**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$300.00** |
|---|---|---|---|

**Angel + Dren LLC**
**Attn: Pres or Gen Counsel**
**917 E 216th Street**
**Bronx, NY 10469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,185.00** |
|---|---|---|---|

**Anita Kay Henry**
**913 Cass Street**
**Traverse City, MI 49684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$400.00** |
|---|---|---|---|

**Anita Vittoria Lubbers**
**750 N Shoreline Blvd. Apt. 160**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$991.79** |
|---|---|---|---|

**Ann Brooner**
**1538 W 7th Street**
**Benicia, CA 94510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,237.50** |
|---|---|---|---|

**Ansonia Prompting Inc**
**Attn: Pres or Gen Counsel**
**39 W 29th Street Suite 305**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AON Risk Services**
**Attn: President or Gen Counsel**
**PO Box 7247-7376**
**Philadelphia, PA 19170-7376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For notice purposes.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,828.50 |
|---|---|---|---|

**Associated Limousines Inc.**
**Attn: Pres or Gen Counsel**
**1398 Bryant Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AT&T**
**Attn: President or Gen Counsel**
**PO Box 5019**
**Carol Stream, IL 60197-5019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For notice purposes.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AT&T Mobility**
**Attn: President or Gen Counsel**
**PO Box 9004 National Bus. Svcs**
**Carol Stream, IL 60197-9004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $170,680.75 |
|---|---|---|---|

**Audio Visual Mmgt. Solutions**
**Attn: Pres or Gen Counsel**
**814 6th Ave South**
**Seattle, WA 98134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,143.33 |
|---|---|---|---|

**Averitt Express Inc**
**Attn: Pres or Gen Counsel**
**1415 Neal Street PO Box 3166**
**Cookeville, TN 38502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $630.00 |
|---|---|---|---|

**Axiom Labs LLC**
**Attn: Pres or Gen Counsel**
**1894 E. Williams St. Ste 4 #20**
**Carson City, NV 89701-3202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,000.00 |
|---|---|---|---|

**BDO USA**
**1888 Century Park East Fl 4**
**Los Angeles, CA 90067**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,832.84 |
|---|---|---|---|

**Benesch Friedlander et al.**
**Attn: Managing Partner**
**200 Public Sq. #2300**
**Cleveland, OH 44114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**Benjamin Harrison Bryant**
**16 Manhattan Ave Apt 2F**
**Brooklyn, NY 11206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BFI Waste Services LLC**
**Attn: President or Gen Counsel**
**RepublicSvs#840 PO Box 9001099**
**Louisville, KY 40290-1099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For notice purposes.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,370.00 |
|---|---|---|---|

**BJL Productions**
**Attn: President or Gen Counsel**
**15 Second Street Apt 2**
**Sausalito, CA 94965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,051.00 |
|---|---|---|---|

**Blanchard Communications**
**Attn: President or Gen Counsel**
**11637 Kensington Court**
**Boca Raton, FL 33428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,000.00 |
|---|---|---|---|

**Blank Productions**
**Bertrand Blank DJ By the Bay**
**7 Britt Court**
**Alameda, CA 94502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **TBA Global, LLC f/k/a TBA Global Events, LLC**                    Case number (if known) _____
_____
Name

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,123.27 |
|---|---|---|---|

**Blueprint Studio Trends**
Attn: President or Gen Counsel
352 Shaw Rd
South San Francisco, CA 94080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,750.00 |
|---|---|---|---|

**Branded Cities NY Digital LLC**
Attn: President or Gen Counsel
2850 E Camelback Rd Ste 110
Phoenix, AZ 85016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,886.97 |
|---|---|---|---|

**Britten Banners Inc**
Attn: President or Gen Counsel
2322 Cass Road
Traverse City, MI 49684

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $272,705.00 |
|---|---|---|---|

**Cacique International**
The Imagine Bldg., Airport -
Industrial Park, PO Box N-4941
Nassau, The Bahamas

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $456.74 |
|---|---|---|---|

**Camille Jacinto Hale**
597 Fairway Drive
Novato, CA 94949

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,788.30 |
|---|---|---|---|

**Christie Lites Enterprises USA**
Attn: President or Gen Counsel
6990 Lake Ellenor Dr.
Orlando, FL 32809

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,501.70 |
|---|---|---|---|

**CLIC LLC**
Attn: President or Gen Counsel
601 20th St Andresen
San Francisco, CA 94108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| | |
|---|---|
| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** |
| | Name |

Case number (if known) _____

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.66 |
|---|---|---|---|

**Comcast Corporation**
Attn: President or Gen Counsel
PO Box 37601
Philadelphia, PA 19101-0601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Comcast Corporation**
Attn: President or Gen Counsel
PO Box 3005
Southeastern, PA 19398-3005

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **For notice purposes.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Comcast Corporation**
Attn: President or Gen Counsel
PO Box 105184
Atlanta, GA 30348-5184

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **For notice purposes.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Comcast Corporation**
Attn: President or Gen Counsel
PO Box 37601
Philadelphia, PA 19101-0601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **For notice purposes.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,851.00 |
|---|---|---|---|

**Corporate Kids Events Inc**
Attn: President or Gen Counsel
12276 Edward Dr
Grass Valley, CA 95949

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Corporation Service Co**
Attn: President or Gen Counsel
PO box 13397
Philadelphia, PA 19101-0601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: **For notice purposes.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,146.10 |
|---|---|---|---|

**CORT Business Services Corpora**
Attn: President or Gen Counsel
3455 W Sunset Road Suite A
Las Vegas, NV 89118

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$127,554.39** |
|---|---|---|---|
| | **Creative Technology Group Inc** | ☐ Contingent | |
| | **Attn: President or Gen Counsel** | ☐ Unliquidated | |
| | **14000 Arminta Street** | ☐ Disputed | |
| | **Panorama City, CA 91402** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$389,598.02** |
|---|---|---|---|
| | **Crowell & Moring LLP** | ☐ Contingent | |
| | **Attn: Managing Partner** | ☐ Unliquidated | |
| | **590 Madison Ave 20th Flr** | ☐ Disputed | |
| | **New York, NY 10022** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,560.00** |
|---|---|---|---|
| | **CS Management LLC** | ☐ Contingent | |
| | **Attn: President or Gen Counsel** | ☐ Unliquidated | |
| | **PO Box 8347** | ☐ Disputed | |
| | **Elkridge, MD 21075** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10.34** |
|---|---|---|---|
| | **CSC Corporate Domains Inc** | ☐ Contingent | |
| | **Attn: President or Gen Counsel** | ☐ Unliquidated | |
| | **PO Box 13397** | ☐ Disputed | |
| | **Philadelphia, PA 19101-3397** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,250.00** |
|---|---|---|---|
| | **Daniel Gaines** | ☐ Contingent | |
| | **4398 Hamilton Ave Apt B** | ☐ Unliquidated | |
| | **San Jose, CA 95130** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.50 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,200.00** |
|---|---|---|---|
| | **Daniel Kokin** | ☐ Contingent | |
| | **1777 Adobe Canyon Rd** | ☐ Unliquidated | |
| | **Kenwood, CA 95452** | ☐ Disputed | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.51 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,850.00** |
|---|---|---|---|
| | **Dave and Company** | ☐ Contingent | |
| | **Attn: President or Gen Counsel** | ☐ Unliquidated | |
| | **1919 W Belmont Avenue** | ☐ Disputed | |
| | **Chicago, IL 60657** | | |
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $93.56 |
|---|---|---|---|

**Dave Longwill**
**1505 Demonbreun St Apt 601**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $300.00 |
|---|---|---|---|

**David Barr**
**102 G St Apt 1**
**San Rafael, CA 94901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,078.55 |
|---|---|---|---|

**David E M Arnold**
**25 Greenfield Ave**
**Summit, NJ 07901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|

**David Rockwell**
**39 Jane St, Apt 2C**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DS Services of America**
**Attn: President or Gen Counsel**
**DTE Energy PO Box 740786**
**Cincinnati, OH 45274-0786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For notice purposes.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,362.00 |
|---|---|---|---|

**Duane Robinson**
**Bay Area Theatrical Rigging**
**1555 Burke Ave Unit O**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,640.50 |
|---|---|---|---|

**E-vents Registration LLC**
**Attn: President or Gen Counsel**
**40 Tillman Street**
**Westwood, NJ 07675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **TBA Global, LLC f/k/a TBA Global Events, LLC**                Case number (if known) _____
_____
Name

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $51,549.12 |
|---|---|---|---|

**Event EQ LLC**
**Attn: President or Gen Counsel**
**7079 Oakland Mills Rd Suite 4**
**Columbia, MD 21046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $42,046.96 |
|---|---|---|---|

**Event Services &Production LLC**
**Attn: President or Gen Counsel**
**1411 Elm Hill Pike Ste 209**
**Nashville, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,178.59 |
|---|---|---|---|

**Federal Express**
**Attn: Bankruptcy Legal Dept.**
**PO Box 7221**
**Pasadena, CA 91109-7321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fidelity Management Trust**
**Attn: General Counsel**
**82 Devonshire Street**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **For notice purposes.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**First Data**
**Attn: President or Gen Counsel**
**5565GlenridgeConnectorNE #2000**
**Atlanta, GA 30342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **For notice purposes.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450,000.00 |
|---|---|---|---|

**Google Inc. Accounts Payable**
**Attn: President or Gen Counsel**
**PO Box 2050**
**Mountain View, CA 94042-2050**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Deposit for project -- Google:All Star SMB**
**Summit:GOO049P0816A**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Granite**
**Attn: President or Gen Counsel**
**PO Box 983119**
**Boston, MA 02298-3119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **For notice purposes.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,032.85 |
|---|---|---|---|

**Harry McCune Sound Svc**
Attn: President or Gen Counsel
101 Utah Ave McCune
South San Francisco, CA 94080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,381.60 |
|---|---|---|---|

**Hosts Destination Services Inc**
Attn: President or Gen Counsel
7475 Wisconsin Ave #640
Bethesda, MD 20184

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $470,183.00 |
|---|---|---|---|

**IBM Endicott Accounts Payable**
Attn: President or Gen Counsel
1701 North Street
Endicott, NY 13761

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Deposit for project -- IBM:HPC Phase 3:IBM086P0616D

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,811,417.80 |
|---|---|---|---|

**IBM Endicott Accounts Payable**
Attn: President or Gen Counsel
1701 North Street
Endicott, NY 13761

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  Deposit for project -- IBM:Hundred Percent Club Americas:IBM086P0616B

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,509.83 |
|---|---|---|---|

**Inprintz Inc**
Attn: President or Gen Counsel
924 Borregas Ave
Sunnyvale, CA 94089

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,900.00 |
|---|---|---|---|

**Inter-Tain Productions LLC**
Attn: President or Gen Counsel
5213 Cathedral Ave NW Ste 100
Washington, DC 20016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $691.40 |
|---|---|---|---|

**Iron Mountain Offsite Data**
Attn:Gen Counsel or Legal Dept
PO Box 915004
Dallas, TX 75391

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,470.26 |
|---|---|---|---|
| | **Island Creative Management LLC** | ☐ Contingent | |
| | **Attn: President or Gen Counsel** | ☐ Unliquidated | |
| | **712 Bancroft Rd #506** | ☐ Disputed | |
| | **Walnut Creek, CA 94598** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $39,055.38 |
|---|---|---|---|
| | **J A Melons Inc** | ☐ Contingent | |
| | **Attn: President or Gen Counsel** | ☐ Unliquidated | |
| | **390 Swift Ave Suite 1** | ☐ Disputed | |
| | **South San Francisco, CA 94080** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,300.00 |
|---|---|---|---|
| | **Jeff D Lietz** | ☐ Contingent | |
| | **7018 Richmond Ave** | ☐ Unliquidated | |
| | **Darien, IL 60561** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $59.90 |
|---|---|---|---|
| | **Jennifer Beers** | ☐ Contingent | |
| | **17 Buhl Lane** | ☐ Unliquidated | |
| | **East Northport, NY 11731** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $28.44 |
|---|---|---|---|
| | **Jessica Lapin** | ☐ Contingent | |
| | **633 Cleveland Street #2** | ☐ Unliquidated | |
| | **Oakland, CA 94606** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,438.00 |
|---|---|---|---|
| | **Jonathan Irons** | ☐ Contingent | |
| | **46-55 Metropolitan Ave** | ☐ Unliquidated | |
| | **Siote 406** | ☐ Disputed | |
| | **Ridgewood, NY 11385** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,245.19 |
|---|---|---|---|
| | **JVMSL Events Inc** | ☐ Contingent | |
| | **Attn: President or Gen Counsel** | ☐ Unliquidated | |
| | **7895 Cessna Ave Suite K** | ☐ Disputed | |
| | **Gaithersburg, MD 20879** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,110.00** |
|---|---|---|---|
| | **Kathryn Skoglund** | ☐ Contingent | |
| | **1022 Woodbine Ave** | ☐ Unliquidated | |
| | **Oak Park, IL 60302** | ☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,305.00** |
|---|---|---|---|
| | **Kathy Bond** | ☐ Contingent | |
| | **3135 W Wilson Ave #2** | ☐ Unliquidated | |
| | **Bond Results** | ☐ Disputed | |
| | **Chicago, IL 60625** | | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,476.64** |
|---|---|---|---|
| | **Keith Balzer** | ☐ Contingent | |
| | **57 Front St Apt 203** | ☐ Unliquidated | |
| | **Brooklyn, NY 11201** | ☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,111.20** |
|---|---|---|---|
| | **Kuoni Destination Mgmt. Inc.** | ☐ Contingent | |
| | **Attn: President or Gen Counsel** | ☐ Unliquidated | |
| | **500 Seventh Avenue 9th Fl** | ☐ Disputed | |
| | **New York, NY 10018** | | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Level 3 Communications** | ☐ Contingent | |
| | **Attn: President or Gen Counsel** | ☐ Unliquidated | |
| | **PO Box 910182** | ☐ Disputed | |
| | **Denver, CO 80291-0182** | | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** __For notice purposes.__ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00** |
|---|---|---|---|
| | **Marshyl Rothman** | ☐ Contingent | |
| | **144 7th Ave** | ☐ Unliquidated | |
| | **Brooklyn, NY 11215** | ☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|
| | **Microsoft Corporation** | ☐ Contingent | |
| | **Attn: President or Gen Counsel** | ☐ Unliquidated | |
| | **PO Box 842103** | ☐ Disputed | |
| | **Dallas, TX 75284-2103** | | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** __For notice purposes.__ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **TBA Global, LLC f/k/a TBA Global Events, LLC**                     Case number (if known) _____
_____
Name

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,800.00 |
|---|---|---|---|

**MRI Lightpainting LLC**
**Attn: President or Gen Counsel**
**141 Spencer St #107**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mutual of Omaha Insurance**
**Attn: General Counsel**
**PO Bos 2147**
**Omaha, NE 68103-2147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For notice purposes.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,400.00 |
|---|---|---|---|

**Naomi Cogliandro**
**1330 Funston Ave**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nashville Electric Service**
**Attn: President or Gen Counsel**
**1214 Church Street**
**Nashville, TN 37246-0030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For notice purposes.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,150.00 |
|---|---|---|---|

**Neysa L Cromer Forgotten Ink**
**Attn: President or Gen Counsel**
**9353 W 100th Cir**
**Westminster, CO 80021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,737.50 |
|---|---|---|---|

**Noldermedia Inc**
**Attn: President or Gen Counsel**
**2269 Chestnut St #140**
**San Francisco, CA 94123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44,483.85 |
|---|---|---|---|

**NRG Energy Inc.**
**Accounts Payable**
**112 Telly Street**
**New Roads, LA 70760**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Deposit for project -- NRG:Frontline Event:NRG065M0616A**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,554.00** |
|---|---|---|---|

**NRG Energy Inc.**
**Accounts Payable**
**112 Telly Street**
**New Roads, LA 70760**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Deposit for project -- NRG:Leadership Meeting:NRG065M0516A**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$737,274.64** |
|---|---|---|---|

**Nteractive Consulting & Events**
**Limited Knyvett House**
**The Causeway Staines**
**TW18 3BA United Kingdom**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Octagon Inc**
**Attn: President or Gen Counsel**
**800 Connecticut Ave Ste 2E**
**Norwalk, CT 06854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,450.00** |
|---|---|---|---|

**On Assignment Inc Creative Cir**
**Attn: President or Gen Counsel**
**28027 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,967.32** |
|---|---|---|---|

**One Hat One Hand LLC**
**Attn: President or Gen Counsel**
**1335 Yosemite St**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,150.86** |
|---|---|---|---|

**Pacific Union Co**
**Attn: President or Gen Counsel**
**1030 Main St Ste 300**
**Saint Helena, CA 94574**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,600.00** |
|---|---|---|---|

**Paul Shorr**
**322 W. 72nd St #13B**
**C/o Porges**
**New York, NY 10023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PC Mall**
Attn: President or Gen Counsel
PCM Sales Inc File 55327
Los Angeles, CA 90074-5327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For notice purposes.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,500.00 |
|---|---|---|---|

**Philz Coffee Inc**
Attn: President or Gen Counsel
1258 Minnesota Street
San Francisco, CA 94107

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**PIEDMONT NATURAL GAS COMPANY**
Attn: President or Gen Counsel
PO Box 660920
Dallas, TX 75266-0920

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For notice purposes.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,388.17 |
|---|---|---|---|

**PLUG Digital Inc**
Attn: President or Gen Counsel
 229 W 28th Street
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Poland Spring**
Attn: President or Gen Counsel
ReadyFresh PO Box 856192
Louisville, KY 40285-6192

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **For notice purposes.**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187,500.00 |
|---|---|---|---|

**Post Capital Management II LLC**
Attn: M. Pfeffer, C. Cheang..
747 Third Ave., 19th Floor
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,149.32 |
|---|---|---|---|

**Pro-Kids Productions Inc**
Attn: President or Gen Counsel
915 Twin Elms Ct
Nashville, TN 37064

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **TBA Global, LLC f/k/a TBA Global Events, LLC**                     Case number (if known) _____
                     Name

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,889.62 |

**Production Support Services**
Attn: President or Gen Counsel
8886 Spanish Ridge Ave
Las Vegas, NV 89148

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $49,730.09 |

**Purepartner By Design**
Attn: President or Gen Counsel
7 W 55th St FL 7
New York, NY 10019

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Regus Corporation**
Attn: President or Gen Counsel
PO Box 842456
Dallas, TX 75284-2456

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __For notice purposes.__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,175.00 |

**Renegade Lovers LLC**
Attn: President or Gen Counsel
241 Troutman St #1R
Brooklyn, NY 11237

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,538.24 |

**Richard Bruno**
514 W End Ave 1A
New York, NY 10024

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**RingCentral Inc.**
Attn: Accounting
Dept Ch 19585
Palatine, IL 60055-9585

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __For notice purposes.__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $583,432.00 |

**RJ Reynolds Tobbaco Co.**
Attn: Disbursements/Legal Dept
PO Box 2955
Winston Salem, NC 27102

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim: __Deposit for project -- RJR:Coaching Conference:RJR065P0516A__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,927.00 |
|---|---|---|---|

**Rye Bar Corp Rye On The Road**
Attn: President or Gen Counsel
688 Geary Street
San Francisco, CA 94102

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,113.49 |
|---|---|---|---|

**SAI Global Inc**
Attn: President or Gen Counsel
PO Box 311116 Lock B # T66072U
Detroit, MI 48231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,625.00 |
|---|---|---|---|

**Sara Kauss Photography**
Attn: President or Gen Counsel
18918 131st Trail North
Jupiter, FL 33478

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,976.00 |
|---|---|---|---|

**Seven Red Productions Inc**
Attn: President or Gen Counsel
55 32nd Street
Copiague, NY 11726

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,223.00 |
|---|---|---|---|

**Simulmedia Accounts Payable**
401 Park Avenue South
11th Floor
New York, NY 10016

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __Deposit for project -- Simulmedia:PeopleFront 2016:SIM086P0416A

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165.79 |
|---|---|---|---|

**Skyline Credit Ride Inc**
Attn: President or Gen Counsel
52-29 35th St
Long Island City, NY 11101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $187,500.00 |
|---|---|---|---|

**SLCCP Management Co., LLC**
Attn: Samuel Shimer
4905 34th St. S. #355
Saint Petersburg, FL 33711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **TBA Global, LLC f/k/a TBA Global Events, LLC**                    Case number (if known) _____
_____
Name

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,508.17 |
|---|---|---|---|

**Southfield HS Development LLC**
Attn: President or Gen Counsel
26555 Evergreen Rd Suite 102
Southfield, MI 48076

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $822.99 |
|---|---|---|---|

**Staples Contract & Commercial**
Attn: President or Gen Counsel
PO Box 83689 Staples Adv. Dept
Chicago, IL 60696-3689

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,200.00 |
|---|---|---|---|

**Stone Mountain Productions**
Attn: President or Gen Counsel
109 Murdock Creek Court
Cary, NC 27519

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.38 |
|---|---|---|---|

**Tel. Buying Group LLC**
Attn: President or Gen Counsel
PO Box 347261 TBG Conferencing
Pittsburgh, PA 15251-4261

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,740.00 |
|---|---|---|---|

**The Bosco Booth LLC**
Attn: President or Gen Counsel
1182 Flushing Ave Suite 308
Brooklyn, NY 11237

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,296.34 |
|---|---|---|---|

**The Hartford**
Attn: President or Gen Counsel
 PO Box 660916
Dallas, TX 75266-0916

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**The Hartford**
Attn: President or Gen Counsel
PO Box 660916
Dallas, TX 75226-0916

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **For notice purposes.**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **TBA Global, LLC f/k/a TBA Global Events, LLC**                              Case number (if known) _____
_____
Name

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,621.27** |
|---|---|---|---|

**This Is It StageWorks LLC**
**Attn: President or Gen Counsel**
**720 Monroe Street #E303**
**Hoboken, NJ 07030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$993.00** |
|---|---|---|---|

**Tim P Miller**
**1362 Monte Maria Ave**
**Downstage Center Design**
**Novato, CA 94947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.131 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Time Warner Cable**
**Attn: President or Gen Counsel**
** PO Box 11820**
**Newark, NJ 07101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **For notice purposes.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|

**Tina-Marie Wassman**
**25430 Westmoreland Dr**
**Farmington, MI 48336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$241,761.31** |
|---|---|---|---|

**Total Brand Activation PTE Ltd**
**PICO Creative Centre**
**20 Kallang Avenue**
**Singapore 339411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TransitChek**
**Lockbox 27457/JP Morgan Chase**
**4 Chase Metrotech Center 7 FIE**
**Brooklyn, NY 11245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **For notice purposes.**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.135 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,755.00** |
|---|---|---|---|

**Transzap Inc**
**Attn: President or Gen Counsel**
**Dept 3597 PO Box 123597**
**Dallas, TX 75312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.136** | **Nonpriority creditor's name and mailing address**

**Travis Inc**
Attn: President or Gen Counsel
920 East State Pkwy
Schaumburg, IL 60173

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$196,869.99**

---

**3.137** | **Nonpriority creditor's name and mailing address**

**Turtle Bay Resort LLC**
Attn: President or Gen Counsel
57-091 Kamehameha Hwy
Kahuku, HI 96731

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$100,957.06**

---

**3.138** | **Nonpriority creditor's name and mailing address**

**UFC Accounts Payable**
or Attn: Pres. or Gen Counsel
2960 West Sahara
Las Vegas, NV 89102

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Deposit for project -- UFC:Consulting Retainer:UFC086P0716A**

Is the claim subject to offset? ☑ No ☐ Yes

**$92,780.88**

---

**3.139** | **Nonpriority creditor's name and mailing address**

**UFC Accounts Payable**
or Attn: Pres. or Gen Counsel
2960 West Sahara
Las Vegas, NV 89102

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Deposit for project -- UFC:Production Activation:UFC086P0316A**

Is the claim subject to offset? ☑ No ☐ Yes

**$17,956.02**

---

**3.140** | **Nonpriority creditor's name and mailing address**

**UFC Accounts Payable**
or Attn: Pres. or Gen Counsel
2960 West Sahara
Las Vegas, NV 89102

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **Deposit for project -- UFC:Programming Development:UFC086P0316B**

Is the claim subject to offset? ☑ No ☐ Yes

**$17,500.00**

---

**3.141** | **Nonpriority creditor's name and mailing address**

**Versatile Solutions LLC**
Attn: President or Gen Counsel
1894 E Williams St Ste 4 #208
Carson City, NV 89701-3202

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$14,700.00**

---

**3.142** | **Nonpriority creditor's name and mailing address**

**Washington Speakers Bureau Inc**
Attn: President or Gen Counsel
1663 Prince Street
Alexandria, VA 22314

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☑ No ☐ Yes

**$15,000.00**

---

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,700.00** |
|---|---|---|---|

**We Serve Inc**
**Attn: President or Gen Counsel**
**6280 S Valley View Blvd #334**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,615.10** |
|---|---|---|---|

**Wheels Up Partners LLC**
**220 W 42nd Street FL 9**
**New York, NY 10036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$205,000.00** |
|---|---|---|---|

**Winston & Strawn**
**Attn: Carey Schreiber, Esq.**
**200 Park Avenue**
**New York, NY 10166**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,075.00** |
|---|---|---|---|

**Words That Work Inc**
**Attn: President or Gen Counsel**
**482 E 900 N Harry Karabel**
**Valparaiso, IN 46383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 217,260.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 9,731,235.02 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 9,948,495.02 |

**Fill in this information to identify the case:**

Debtor name   **TBA Global, LLC f/k/a TBA Global Events, LLC**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Commercial lease for premises located at 531 N. Brand Blvd. #800, Glendale, CA 91203 and vacated on or about February 2016. expires on 9/1/16**<br><br>State the term remaining<br><br>List the contract number of any government contract | **BRE CA Office Owner LLC C/o Equity Office Management 27200 Tourney Rd. Ste. 310 Valencia, CA 91355** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Master services agreement.**<br><br>State the term remaining — **expires on 12/1/17**<br><br>List the contract number of any government contract | **Coca Cola Company Accts Payable or Legal Dept PO Drawer 2467 Atlanta, GA 30301** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Master services agreement.**<br><br>State the term remaining — **4/1/17**<br><br>List the contract number of any government contract | **Diageo Attn: Gen Counsel/Legal Dept 530 5th Ave #4 New York, NY 10036** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Global master services agreement**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Google Inc. Attn: Legal Dept PO Box 2050 Mountain View, CA 94042-2050** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **TBA Global, LLC f/k/a TBA Global Events, LLC**                    Case number *(if known)*
               First Name          Middle Name          Last Name

     **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Global master services agreement** | |
|---|---|---|---|
| | State the term remaining | **expires on 12/1/18** | **IBM**<br>**Accts Payable or Legal Dept**<br>**1701 North Street**<br>**Endicott, NY 13761-9005** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Provider of professional employer organization services.** | |
|---|---|---|---|
| | State the term remaining | **expires on 10/1/16** | **Oasis Outsourcing**<br>**Attn: President or Gen Counsel**<br>**PO Box 221045**<br>**West Palm Beach, FL 33422** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting software** | |
|---|---|---|---|
| | State the term remaining | **expires on 3/1/17** | **Oildex f/k/a ADP Open Invoice**<br>**Attn: President or Gen Counsel**<br>**633 Seventeenth St, Suite 2000**<br>**Denver, CO 80202** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial sublease for premises located at 106 Lincoln Boulevard, San Francisco, CA 94129.** | |
|---|---|---|---|
| | State the term remaining | **montth-to-month** | **Pacific Union Co.**<br>**Attn: President or Gen Counsel**<br>**1030 Main St., Suite 300**<br>**Saint Helena, CA 94574** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Employment agreement** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Paula L. Balzer**<br>**2929 Gardens Blvd.**<br>**Naples, FL 34105** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Management consulting agreement.** | |
|---|---|---|---|
| | State the term remaining | **expires on November 2022** | **Post Capital Management II LLC**<br>**Attn: M. Pfeffer, C. Cheang..**<br>**747 Third Ave., 19th Floor**<br>**New York, NY 10017** |

Debtor 1    **TBA Global, LLC f/k/a TBA Global Events, LLC**                  Case number (*if known*)
　　　　　　First Name　　　　Middle Name　　　　Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Copier leases for various debtor locations.** | |
|---|---|---|---|
| | State the term remaining | **expires on 5/31/16** | **Ricoh USA Program** |
| | List the contract number of any government contract | | **Attn: President or Gen Counsel PO Box 650073 Dallas, TX 75265** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Global master services agreement** | |
|---|---|---|---|
| | State the term remaining | **expires 7/12/17** | **RJ Reynolds Tobacco Co.** |
| | List the contract number of any government contract | | **Legal Dept or Disbursements PO Box 2955 Winston Salem, NC 27102** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease for premises located at 113 Seaboard Lane, Suite A105, Franklin, TN 37067** | |
|---|---|---|---|
| | State the term remaining | **expires on 6/30/17** | **Rollins Associates L.P.** |
| | List the contract number of any government contract | | **Attn: President or Gen Counsel PO Box 100526 Nashville, TN 37224** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Global master services agreement** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Salesforce** |
| | List the contract number of any government contract | | **Streamline Events 1290 59th Street Emeryville, CA 94608** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Accounting software** | |
|---|---|---|---|
| | State the term remaining | **unknown** | **Skyline UniData** |
| | List the contract number of any government contract | | **Attn: President or Gen Counsel 65-21 Fresh Meadow Lane Flushing, NY 11365** |

Debtor 1    **TBA Global, LLC f/k/a TBA Global Events, LLC**                     Case number *(if known)*
            First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Management consulting agreement** | |
|---|---|---|---|
| | State the term remaining | **expires on November 2022** | **SLCCP Management Co., LLC**<br>**Attn: Samuel Shimer**<br>**4905 34th St. S. #355**<br>**Saint Petersburg, FL 33711** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Master services agreement (North America)** | |
|---|---|---|---|
| | State the term remaining | **expires on 1/5/18** | **Sony**<br>**Accts Payable or Legal Dept**<br>**2207 Bridgepointe Pkwy**<br>**San Mateo, CA 94404** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial lease for premises located at 26555 Evergreen Road, Suite 530, Southfield, MI 48076** | |
|---|---|---|---|
| | State the term remaining | **expires on 12/31/17** | **Southfield HS Development LLC**<br>**Attn: President or Gen Counsel**<br>**26555 Evergreen Rd Ste. 102**<br>**Southfield, MI 48076** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial sublease for premises located at 220 W. 42nd Street Floor 10, New York, NY 10036** | |
|---|---|---|---|
| | State the term remaining | **expires on 9/30/16** | **Wheels Up Partners LLC**<br>**Attn: President or Gen Counsel**<br>**220 W. 42nd Street Flr 9**<br>**New York, NY 10036** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**TBA Global, LLC f/k/a TBA Global Events, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**                                                      Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Global Events and Marketing** | **220 W. 42nd St. Floor 10 New York, NY 10036** | **Webster Bank, National Assoc.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **Global Events and Marketing** | **220 W. 42nd St. Floor 10 New York, NY 10036** | **Webster Bank, National Assoc.** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **TBA Global Holdings, Inc.** | **220 W. 42nd Street Floor 10 New York, NY 10036** | **Webster Bank, National Assoc.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **TBA Global Holdings, Inc.** | **220 W. 42nd St. Floor 10 New York, NY 10036** | **Webster Bank, National Assoc.** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **TBA Global Limited** | **Thornton House, Thornton Road Wimbledon London SW19 4NB United Kingdom** | **Webster Bank, National Assoc.** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | **TBA Global, LLC f/k/a TBA Global Events, LLC** | Case number *(if known)* _____ |
| --- | --- | --- |

▉ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| 2.6 | **TBA Global Limited** | **Thornton House, Thornton Road Wimbledon, London SW19 4NB United Kingdom** | **Webster Bank, National Assoc.** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **TBA Global Marketing, Inc.** | **3665 Kingsway Suite 300 Vancouver BC V5R 5W2 Canada** | **Webster Bank, National Assoc.** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **TBA Global Marketing, Inc.** | **3655 Kingsway Suite 300 Vancouver, BC V5R 5W2 Canada** | **Webster Bank, National Assoc.** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |