**Fill in this information to identify the case:**

Debtor name: **TBA Global, LLC f/k/a TBA Global Events, LLC**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other _____ | **$15,289,000.00** |
   | **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other _____ | **$33,167,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | TBA Global, LLC f/k/a TBA Global Events, LLC | Case number *(if known)* |
|---|---|---|

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. See attached schedule | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>■ Other **employee expense reimbursements** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Paula L. Balzer**<br>**2929 Gardens Blvd.**<br>**Naples, FL 34105**<br>**Chief Executive Officer** | **Various dates** | **$325,000.08** | **Salary paid in the ordinary course of business.** |
| 4.2. **Paula L. Balzer**<br>**2929 Gardens Blvd.**<br>**Naples, FL 34105**<br>**CEO** | **1/4/2016**<br>**1/7/2016** | **$164.26** | **Expense reimbursements** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Webster Bank**<br>**185 Asylum Street**<br>**5th Floor**<br>**Hartford, CT 06103-3494** | **Setoff of bank accounts (ending in #9542 and 9539) subject to Credit Agreement.**<br>Last 4 digits of account number: ____ | **April 4, 2016** | **$1,422,000.00** |

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor   TBA Global, LLC f/k/a TBA Global Events, LLC       Case number *(if known)*

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | In re TBA Global, LLC and TBA Global Holdings, Inc. (Petitioners) v. Fidus Partners, LLC (Respondent)<br>650161/2013 | Arbitration demand | Supreme Court, New York County | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. | TBA Global, LLC v. Proscenium Events, LLC, Mark Shearon, Chuck Santoro, Mark Leiss, James Cavanaugh, Peter Pastor, Leah Taylor, Jeff Clinkenbeard, Keirsten Hammett, Dale Allarde and Jenna Passmore<br>651171/2012 | Breach of non-compete agreement and misappropriation of trade secrets and clients. | Supreme Court, New York County | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

### Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

### Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

### Part 6:   Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| Debtor | TBA Global, LLC f/k/a TBA Global Events, LLC | Case number *(if known)* | |

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Halperin Battaglia Benzija, LLP**<br>**40 Wall Street**<br>**37th Floor**<br>**New York, NY 10005**<br><br>**Email or website address**<br><br>**Who made the payment, if not debtor?** | | **April 4, 2016** | **$10,000.00** |
| 11.2. | **Halperin Battaglia Benzija, LLP**<br>**40 Wall Street**<br>**37th Floor**<br>**New York, NY 10005**<br><br>**Email or website address**<br><br>**Who made the payment, if not debtor?** | | **April 5, 2016** | **$35,000.00** |
| 11.3. | **Getzler Henrich & Associates LLC**<br>**295 Madison Avenue Floor 20**<br>**New York, NY 10017**<br><br>**Email or website address**<br><br>**Who made the payment, if not debtor?** | **A portion of this is being held for the benefit of Halperin Battaglia Benzija, LLP, as counsel to the Debtor.** | **April 4, 2016** | **$40,000.00** |
| 11.4. | **Halperin Battaglia Benzija, LLP**<br>**40 Wall Street 37th Floor**<br>**New York, NY 10005**<br><br>**Email or website address**<br><br>**Who made the payment, if not debtor?**<br>**TBA Global Holdings Inc.** | | **April 13, 2016** | **$10,000.00** |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

Official Form 207    **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**    page **4**

| Debtor | TBA Global, LLC f/k/a TBA Global Events, LLC | Case number *(if known)* | |
|---|---|---|---|

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7: Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **1000 Town Center Drive Suite 570 Southfield, MI 48075** | **2/1/01 - 9/30/14** |
| 14.2. | **535 N. Brand Blvd Suite 800 Glendale, CA 91203** | **4/1/11-2/28/16** |
| 14.3. | **113 Seaboard Lane Suite A105 Franklin, TN 37067** | **5/24/10-2/1/16** |

### Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan **TBA Global, LLC 401(k) Plan** | Employer identification number of the plan EIN: **46-1203971** |
|---|---|

Has the plan been terminated?
■ No

Debtor    TBA Global, LLC f/k/a TBA Global Events, LLC                Case number *(if known)*

☐ Yes

### Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Iron Mountain**<br>PO Box 915004<br>Dallas, TX 75391 | **Ping Shih**<br>236799 Calabasas #996<br>Calabasas, CA 91302 | **Retrieve files of accounting documents and old IT tape backup.**<br>**(Acct #s: 0TB199, CSS7D, 285CS)** | ☐ No<br>■ Yes |

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

### Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Debtor    TBA Global, LLC f/k/a TBA Global Events, LLC                                    Case number *(if known)*

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

    | Case title Case number | Court or agency name and address | Nature of the case | Status of case |
    |---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    |---|---|---|---|

### Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

    | Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
    |---|---|---|
    | 25.1. **Global Events and Marketing LLC** **220 West 42nd St Floor 10** **New York, NY 10036** | **Wholly-owned subsidiary of the Debtor.** | **EIN:** 30-0752535 **From-To** 10/12/12 to present |
    | 25.2. **TBA Global Marketing Inc. (Canadian Subsidiary)** **3665 Kingsway Suite 300** **Vancouver BC V5R 5W2** **Canada** | **Wholly-owned subsidiary of the Debtor.** | **EIN:** **From-To** 10/12/12 to present |
    | 25.3. **TBA Global Limited (UK Subsidiary)** **Thornton House Thornton Road** **Wimbledon London SW19 4NB** **United Kingdom** | **Wholly-owned subsidiary of the Debtor.** | **EIN:** **From-To** 10/12/12 to present |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

    | Name and address | Date of service From-To |
    |---|---|

| Debtor | TBA Global, LLC f/k/a TBA Global Events, LLC | Case number *(if known)* |
|---|---|---|

| | Name and address | Date of service From-To |
|---|---|---|
| 26a.1. | **Ping Shih**<br>**23679 Calabasas Rd #996**<br>**Calabasas, CA 91302** | **1/1/2006 - present** |
| 26a.2. | **Glenn Briffa**<br>**2 Abbington Lane West**<br>**Windsor, NJ 08550** | **3/7/2012 - 3/14/2014** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Date of service From-To |
|---|---|---|
| 26b.1. | **BDO USA LLP**<br>**1888 Century Park East Fl 4**<br>**Los Angeles, CA 90067** | **12/1/2014 - present** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Ping Shih**<br>**23679 Calabasas Rd #996**<br>**Calabasas, CA 91302** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | **Webster Bank**<br>**185 Asylum Street 5th Floor**<br>**Hartford, CT 06103-3494** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

    | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
    |---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

    | Name | Address | Position and nature of any interest | % of interest, if any |
    |---|---|---|---|
    | Paula L. Balzer | 220 West 42nd Street Floor 10<br>New York, NY 10036 | Chief Executive Officer | |

    | Name | Address | Position and nature of any interest | % of interest, if any |
    |---|---|---|---|
    | Ping W. Shih | 1108 W VALLEY BLVD STE 6-179<br>Alhambra, CA 91803 | VP Corporate Controller | |

Debtor    **TBA Global, LLC f/k/a TBA Global Events, LLC**                              Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **TBA Global Holdings, Inc.** | **220 W. 42nd Street Floor 10**<br>**New York, NY 10036** | **membership interest** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

    ☐ No
    ■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Paula L. Balzer** | **2929 Gardens Blvd.**<br>**Naples, FL 34105** | **Chief Executive Officer** | **November 7, 2012 to April 11, 2016** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Ping W. Shih** | **1108 W VALLEY BLVD STE 6-179**<br>**Alhambra, CA 91803** | **VP Corporate Controller** | **Terminated on April 11, 2016** |

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

    ☐ No
    ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Paula L. Balzer**<br>**2929 Gardens Blvd.**<br>**Naples, FL 34105** | **325,000.08** | **Various dates** | **Salary paid in the ordinary course of business.** |
| | **Relationship to debtor**<br>**Chief Executive Officer** | | | |
| 30.2. | **Paula L. Balzer**<br>**2929 Gardens Blvd.**<br>**Naples, FL 34105** | **$134.26**<br>**$30.00** | **1/7/2016**<br>**1/14/2016** | **Expense reimbursements** |
| | **Relationship to debtor**<br>**Chief Executive Officer** | | | |
| 30.3. | **Ping W. Shih**<br>**1108 W VALLEY BLVD STE 6-179**<br>**Alhambra, CA 91803** | **$180,000** | **Various Dates** | **Salary paid in the ordinary course of business.** |
| | **Relationship to debtor**<br>**VP Corporate Controller** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

    ■ No
    ☐ Yes. Identify below.

Debtor    **TBA Global, LLC f/k/a TBA Global Events, LLC**                    Case number *(if known)*

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     April 14, 2016

/s/ Stephan M. Pinsly                                **Getzler Henrich & Associates LLC, by Stephan M. Pinsly**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor    **Chief Responsible Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**


☐ No
☑ Yes

**Statement of financial Affairs Question 3 - 90 day payments**

| Date | Name | Original Amount | Address/Comments |
|---|---|---|---|
| 01/13/2016 | Anita Kay Henry | (1,690.00) | Anita Kay Henry 913 Cass Street Traverse City, MI 49684 |
| 01/13/2016 | Benjamin Harrison Bryant | (3,000.00) | Benjamin Harrison Bryant 16 Manhattan Ave Apt 2F Brooklyn, NY 11206 |
| 01/13/2016 | David E M Arnold | (18,562.50) | David E M Arnold 25 Greenfield Ave Summit, NJ 07907 |
| 01/13/2016 | Erin Keller Clinton | (6,250.00) | Erin Keller Clinton 812 NW 1st Ave Delray Beach, FL 33444 |
| 01/13/2016 | PC Mall | (10.91) | PCM Sales Inc File 55327 Los Angeles, CA 90074-5327 |
| 01/13/2016 | Stone Mountain Prod | (23,110.00) | Stone Mountain Productions 109 Murdock Creek Court Cary, NC 27519 |
| 01/13/2016 | Versatile Solutions LLC | (1,800.00) | Versatile Solutions LLC 1894 E Williams St Ste 4 #208 Carson City, NV 89701-3202 |
| 01/15/2016 | AFCO Credit Corporation | (4,913.17) | AFCO Credit Corporation PO Box 360572 Pittsburgh, PA 15250-6572 |
| 01/15/2016 | Fidelity Management Trust | (12,789.87) | Fidelity Management Trust Company 82 Devonshire Street Boston, MA 02109 |
| 01/15/2016 | Ricoh USA Program | (1,747.26) | GE Capital c/o Ricoh USA Program PO Box 650073 Dallas, TX 75265-0073 |
| 01/15/2016 | Webster Bank | (1,600.43) | Webster Bank 185 Asylum Street 5th Floor Hartford, CT 06103-3494 |
| 01/19/2016 | AMEX (PShih) | (150,000.00) | American Express PO Box 360001 FT Lauderdale, FL 33336-0001 |
| 01/20/2016 | Dave and Company | (5,390.00) | Dave and Company 1919 W Belmont Avenue Chicago, IL 60657 |
| 01/20/2016 | Tim P Miller | (11,226.27) | Tim P Miller 1362 Monte Maria Ave Downstage Center Design Novato, CA 94947 |
| 01/21/2016 | Rollins Associates LP | (71.30) | Rollins Associates LP PO Box 100526 Nashville, TN 37224-0526 |
| 01/22/2016 | Fidelity Management Trust | (341.68) | Fidelity Management Trust Company 82 Devonshire Street Boston, MA 02109 |
| 01/25/2016 | Rollins Associates LP | (3,000.00) | Rollins Associates LP PO Box 100526 Nashville, TN 37224-0526 |
| 01/25/2016 | SMG Rockford | (78,573.26) | Rockford Metropolitan Exposition 300 Elm Street Rockford, IL 61101 |
| 01/26/2016 | AMEX (ALesher) | (11,423.81) | American Express PO Box 360001 FT Lauderdale, FL 33336-0001 |
| 01/26/2016 | AMEX (CBell) | (2,889.28) | American Express PO Box 360001 FT Lauderdale, FL 33336-0001 |
| 01/26/2016 | AMEX (DLongwill) | (42,757.17) | American Express PO Box 360001 FT Lauderdale, FL 33336-0001 |
| 01/26/2016 | AMEX (PBalzer) | (4,155.25) | American Express PO Box 360001 FT Lauderdale, FL 33336-0001 |
| 01/26/2016 | AMEX (RBatterman) | (8,268.98) | American Express PO Box 360001 Ft Lauderdale, FL 33336 |
| 01/26/2016 | AMEX (RCasinover) | (4,977.31) | American Express PO Box 360001 FT Lauderdale, FL 33336-0001 |
| 01/26/2016 | AMEX (REspinosa) | (3,506.17) | AMEX (REspinosa) PO Box 360001 Ft Lauderdale, FL 33336-0001 |
| 01/26/2016 | Anita Kay Henry | (975.00) | Anita Kay Henry 913 Cass Street Traverse City, MI 49684 |
| 01/26/2016 | Kathy Bond | (2,040.00) | Kathy Bond 3135 W Wilson Ave #2 Bond Results Chicago, IL 60625 |
| 01/26/2016 | One Hat One Hand LLC | (30,831.60) | One Hat One Hand LLC 1335 Yosemite St San Francisco, CA 94124 |
| 01/26/2016 | Versatile Solutions LLC | (1,650.00) | Versatile Solutions LLC 1894 E Williams St Ste 4 #208 Carson City, NV 89701-3202 |
| 01/26/2016 | Winston & Strawn LLP | (8,856.52) | Winston & Strawn LLP 200 Park Avenue New York, NY 10166 |
| 01/26/2016 | Words That Work Inc | (5,950.00) | Words That Work Inc 482 E 900 N Harry Karabel Valparaiso, IN 46383 |
| 01/27/2016 | Pacific Union Co | (5,150.86) | Pacific Union Co 1030 Main St Ste 300 St Helena, CA 94574 |
| 01/27/2016 | Southfield HS Development | (5,508.17) | Southfield HS Development LLC 26555 Evergreen Rd Suite 102 Southfield HS RK LLC Southfield, MI 48076 |

| Date | Payee | Amount | Address |
|---|---|---|---|
| 01/27/2016 | Wheels Up Partners LLC | (34,615.10) | Wheels Up Partners LLC 220 W 42nd Street FL 9 New York, NY 10036 |
| 01/28/2016 | David E M Arnold | (3,977.10) | David E M Arnold 25 Greenfield Ave Summit, NJ 07907 |
| 01/28/2016 | David E M Arnold | (404.30) | David E M Arnold 25 Greenfield Ave Summit, NJ 07907 |
| 01/28/2016 | Erin Keller Clinton | (6,250.00) | Erin Keller Clinton 812 NW 1st Ave Delray Beach, FL 33444 |
| 01/28/2016 | PC Mall | (651.03) | PCM Sales Inc File 55327 Los Angeles, CA 90074-5327 |
| 01/29/2016 | Fidelity Management Trust | (12,142.47) | Fidelity Management Trust Company 82 Devonshire Street Boston, MA 02109 |
| 01/29/2016 | Nteractive Consulting | (6,541.20) | Nteractive Consulting & Events Limited Knyvett House The Causeway Staines TW18 3BA United Kingdom |
| 01/29/2016 | Webster Bank | (36,230.67) | Webster Bank 185 Asylum Street 5th Floor Hartford, CT 06103-3494 |
| 02/04/2016 | Franchise Tax Board (CA) | (353.00) | Franchise Tax Board PO Box 942857 Sacramento, CA 94257-0531 |
| 02/05/2016 | AMEX (BTA) | (4,723.90) | American Express PO Box 360001 FT Lauderdale, FL 33336-0001 |
| 02/05/2016 | AMEX (PShih) | (252,884.31) | American Express PO Box 360001 FT Lauderdale, FL 33336-0001 |
| 02/05/2016 | Anita Kay Henry | (585.00) | Anita Kay Henry 913 Cass Street Traverse City, MI 49684 |
| 02/05/2016 | Kathy Bond | (1,020.00) | Kathy Bond 3135 W Wilson Ave #2 Bond Results Chicago, IL 60625 |
| 02/05/2016 | The Hartford | (7,135.68) | The Hartford PO Box 660916 Dallas, TX 75266-0916 |
| 02/05/2016 | Versatile Solutions LLC | (1,500.00) | Versatile Solutions LLC 1894 E Williams St Ste 4 #208 Carson City, NV 89701-3202 |
| 02/05/2016 | Words That Work Inc | (2,550.00) | Words That Work Inc 482 E 900 N Harry Karabel Valparaiso, IN 46383 |
| 02/08/2016 | Benjamin Harrison Bryant | (8,000.00) | Benjamin Harrison Bryant 16 Manhattan Ave Apt 2F Brooklyn, NY 11206 |
| 02/08/2016 | Stone Mountain Prod | (521.30) | Stone Mountain Productions 109 Murdock Creek Court Cary, NC 27519 |
| 02/11/2016 | Sarah Vitale | (2,474.77) | Sarah Vitale 59 W 10th Street #1E New York, NY 10011 |
| 02/12/2016 | Fidelity Management Trust | (12,146.83) | Fidelity Management Trust Company 82 Devonshire Street Boston, MA 02109 |
| 02/12/2016 | K of New York LLC | (10,790.92) | K of New York LLC Cloud Catering 42-81 Hunter Street Long Island City, NY 11101 |
| 02/12/2016 | Webster Bank | (1,566.28) | Webster Bank 185 Asylum Street 5th Floor Hartford, CT 06103-3494 |
| 02/13/2016 | Ricoh USA Program | (1,698.32) | GE Capital c/o Ricoh USA Program PO Box 650073 Dallas, TX 75265-0073 |
| 02/16/2016 | Bilingva | (10,000.00) | Bilingva 123-B Redding Road Campbell, CA 95008 |
| 02/17/2016 | Ricoh USA Program | (1,058.10) | GE Capital c/o Ricoh USA Program PO Box 650073 Dallas, TX 75265-0073 |
| 02/22/2016 | Kathy Bond | (1,105.00) | Kathy Bond 3135 W Wilson Ave #2 Bond Results Chicago, IL 60625 |
| 02/22/2016 | Versatile Solutions LLC | (1,200.00) | Versatile Solutions LLC 1894 E Williams St Ste 4 #208 Carson City, NV 89701-3202 |
| 02/22/2016 | Words That Work Inc | (3,825.00) | Words That Work Inc 482 E 900 N Harry Karabel Valparaiso, IN 46383 |
| 02/23/2016 | Washington Speakers | (15,500.00) | Washington Speakers Bureau Inc 1663 Prince Street Alexandria, VA 22314 |
| 02/24/2016 | San Francisco Tax Col | (6,608.54) | San Francisco Tax Collector PO Box 7425 San Francisco, CA 94120-7425 |
| 02/26/2016 | AMEX (ALesher) | (980.39) | American Express PO Box 360001 FT Lauderdale, FL 33336-0001 |
| 02/26/2016 | AMEX (CBell) | (10,454.06) | American Express PO Box 360001 FT Lauderdale, FL 33336-0001 |
| 02/26/2016 | AMEX (DLongwill) | (1,272.45) | American Express PO Box 360001 FT Lauderdale, FL 33336-0001 |
| 02/26/2016 | AMEX (PBalzer) | (2,462.88) | American Express PO Box 360001 FT Lauderdale, FL 33336-0001 |
| 02/26/2016 | AMEX (RCasinover) | (3,524.16) | American Express PO Box 360001 FT Lauderdale, FL 33336-0001 |
| 02/26/2016 | AMEX (REspinosa) | (2,542.99) | AMEX (REspinosa) PO Box 360001 Ft Lauderdale, FL 33336-0001 |
| 02/29/2016 | AON Risk Services | (4,957.82) | AON Risk Services Northeast Inc PO Box 7247-7376 AON Risk Services Inc Philadelphia, PA 19170-7376 |

| Date | Payee | Amount | Address |
|---|---|---|---|
| 02/29/2016 | Fidelity Management Trust | (12,318.07) | Fidelity Management Trust Company 82 Devonshire Street Boston, MA 02109 |
| 02/29/2016 | Webster Bank | (36,396.88) | Webster Bank 185 Asylum Street 5th Floor Hartford, CT 06103-3494 |
| 03/04/2016 | AMEX (PShih) | (7,885.23) | American Express PO Box 360001 FT Lauderdale, FL 33336-0001 |
| 03/04/2016 | J A Melons Inc | (37,526.37) | J A Melons Inc 390 Swift Ave Suite 1 South San Francisco, CA 94080 |
| 03/09/2016 | Anita Kay Henry | (1,625.00) | Anita Kay Henry 913 Cass Street Traverse City, MI 49684 |
| 03/09/2016 | AON Risk Services | (13,518.74) | AON Risk Services Northeast Inc PO Box 7247-7376 AON Risk Services Inc Philadelphia, PA 19170-7376 |
| 03/09/2016 | Dave and Company | (6,825.00) | Dave and Company 1919 W Belmont Avenue Chicago, IL 60657 |
| 03/09/2016 | Franchise Tax Board (CA) | (800.00) | Franchise Tax Board PO Box 942857 Sacramento, CA 94257-0531 |
| 03/09/2016 | Franchise Tax Board (CA) | (800.00) | Franchise Tax Board PO Box 942857 Sacramento, CA 94257-0531 |
| 03/09/2016 | Franchise Tax Board (CA) | (6,000.00) | Franchise Tax Board PO Box 942857 Sacramento, CA 94257-0531 |
| 03/09/2016 | Kathy Bond | (2,380.00) | Kathy Bond 3135 W Wilson Ave #2 Bond Results Chicago, IL 60625 |
| 03/09/2016 | The Hartford | (2,308.60) | The Hartford PO Box 660916 Dallas, TX 75266-0916 |
| 03/09/2016 | Versatile Solutions LLC | (3,825.00) | Versatile Solutions LLC 1894 E Williams St Ste 4 #208 Carson City, NV 89701-3202 |
| 03/09/2016 | Words That Work Inc | (6,375.00) | Words That Work Inc 482 E 900 N Harry Karabel Valparaiso, IN 46383 |
| 03/11/2016 | AMEX (BTA) | (8,376.27) | American Express PO Box 360001 FT Lauderdale, FL 33336-0001 |
| 03/11/2016 | Creative Artists Agency | (26,000.00) | Creative Artists Agency LLC 2000 Ave of the Stars Los Angeles, CA 90067 |
| 03/14/2016 | Benesch Law | (11,415.98) | Benesch Friedlander Coplan & Aronoff LLP 200 Public Square #2300 Cleveland, OH 44114 |
| 03/14/2016 | Pacific Union Co | (5,150.86) | Pacific Union Co 1030 Main St Ste 300 St Helena, CA 94574 |
| 03/14/2016 | PC Mall | (1,767.73) | PCM Sales Inc File 55327 Los Angeles, CA 90074-5327 |
| 03/14/2016 | Rollins Associates LP | (3,000.00) | Rollins Associates LP PO Box 100526 Nashville, TN 37224-0526 |
| 03/14/2016 | Southfield HS Development | (5,508.17) | Southfield HS Development LLC 26555 Evergreen Rd Suite 102 Southfield HS RK LLC Southfield, MI 48076 |
| 03/14/2016 | Webster Bank | (1,463.33) | Webster Bank 185 Asylum Street 5th Floor Hartford, CT 06103-3494 |
| 03/14/2016 | Wheels Up Partners LLC | (34,615.10) | Wheels Up Partners LLC 220 W 42nd Street FL 9 New York, NY 10036 |
| 03/15/2016 | Cacique International | (210,000.00) | Cacique International Limited Coastline Building Airport Industrial Park Nassau Bahamas |
| 03/15/2016 | Celadin Ltd | (28,476.00) | Celadin Ltd 2 Merlewood Bracknell, Berkshire RG12 9PA United Kingdom |
| 03/15/2016 | Fidelity Management Trust | (6,287.72) | Fidelity Management Trust Company 82 Devonshire Street Boston, MA 02109 |
| 03/15/2016 | Nteractive Consulting | (426,904.80) | Nteractive Consulting & Events Limited Knyvett House The Causeway Staines TW18 3BA United Kingdom |
| 03/15/2016 | Ricoh USA Program | (2,405.34) | GE Capital c/o Ricoh USA Program PO Box 650073 Dallas, TX 75265-0073 |
| 03/17/2016 | David E M Arnold | (2,258.55) | David E M Arnold 25 Greenfield Ave Summit, NJ 07907 |
| 03/17/2016 | PC Mall | (4,092.25) | PCM Sales Inc File 55327 Los Angeles, CA 90074-5327 |
| 03/18/2016 | AMEX (PShih) | (100,000.00) | American Express PO Box 360001 FT Lauderdale, FL 33336-0001 |
| 03/18/2016 | TBA Global Marketing Inc | (20,000.00) | TBA Global Marketing Inc 3665 Kingsway Suite 300 Vancouver BC V5R 5W2 Canada |
| 03/21/2016 | AFCO Credit Corporation | (2,602.86) | AFCO Credit Corporation PO Box 360572 Pittsburgh, PA 15250-6572 |
| 03/21/2016 | Anita Kay Henry | (1,755.00) | Anita Kay Henry 913 Cass Street Traverse City, MI 49684 |
| 03/21/2016 | Kathy Bond | (2,975.00) | Kathy Bond 3135 W Wilson Ave #2 Bond Results Chicago, IL 60625 |
| 03/21/2016 | PC Mall | (48.98) | PCM Sales Inc File 55327 Los Angeles, CA 90074-5327 |
| 03/21/2016 | Pro-Kids Productions Inc | (19,675.27) | Pro-Kids Productions Inc 915 Twin Elms Ct Nashville, TN 37064 |

| | | | |
|---|---|---|---|
| 03/21/2016 | Versatile Solutions LLC | (4,575.00) | Versatile Solutions LLC 1894 E Williams St Ste 4 #208 Carson City, NV 89701-3202 |
| 03/21/2016 | Words That Work Inc | (5,100.00) | Words That Work Inc 482 E 900 N Harry Karabel Valparaiso, IN 46383 |
| 03/22/2016 | AMEX (ALesher) | (3,485.43) | American Express PO Box 360001 FT Lauderdale, FL 33336-0001 |
| 03/22/2016 | AMEX (CBell) | (5,291.42) | American Express PO Box 360001 FT Lauderdale, FL 33336-0001 |
| 03/22/2016 | AMEX (DLongwill) | (4,728.90) | American Express PO Box 360001 FT Lauderdale, FL 33336-0001 |
| 03/22/2016 | AMEX (PBalzer) | (1,711.94) | American Express PO Box 360001 FT Lauderdale, FL 33336-0001 |
| 03/22/2016 | AMEX (RCasinover) | (112,629.18) | American Express PO Box 360001 FT Lauderdale, FL 33336-0001 |
| 03/22/2016 | AMEX (REspinosa) | (501.02) | AMEX (REspinosa) PO Box 360001 Ft Lauderdale, FL 33336-0001 |
| 03/23/2016 | AlliedPRA So Cal | (158,670.40) | AlliedPRA Southern California Inc 41-625 Eclectic St Ste D-1 Palm Desert, CA 92260 |
| 03/23/2016 | Benjamin Harrison Bryant | (10,000.00) | Benjamin Harrison Bryant 16 Manhattan Ave Apt 2F Brooklyn, NY 11206 |
| 03/23/2016 | Dawn Keller | (8,390.00) | Dawn Keller 1771 Oak Street San Francisco, CA 94117 |
| 03/23/2016 | Rollins Associates LP | (300.00) | Rollins Associates LP PO Box 100526 Nashville, TN 37224-0526 |
| 03/24/2016 | Rollins Associates LP | (3,000.00) | Rollins Associates LP PO Box 100526 Nashville, TN 37224-0526 |
| 03/25/2016 | ACME Scenery Co Inc | (15,536.70) | ACME Scenery Co Inc 100 Industrial Way Brisbane, CA 94005 |
| 03/25/2016 | Island Creative Mgmt | (13,825.98) | Island Creative Management LLC 712 Bancroft Rd #506 Walnut Creek, CA 94598 |
| 03/28/2016 | AFCO Credit Corporation | (9,238.28) | AFCO Credit Corporation PO Box 360572 Pittsburgh, PA 15250-6572 |
| 03/28/2016 | Creative Artists Agency | (25,000.00) | Creative Artists Agency LLC 2000 Ave of the Stars Los Angeles, CA 90067 |
| 03/28/2016 | Sarah Vitale | (5,118.24) | Sarah Vitale 59 W 10th Street #1E New York, NY 10011 |
| 03/28/2016 | Stone Mountain Prod | (14,586.19) | Stone Mountain Productions 109 Murdock Creek Court Cary, NC 27519 |
| 03/29/2016 | David E M Arnold | (787.37) | David E M Arnold 25 Greenfield Ave Summit, NJ 07907 |
| 03/31/2016 | Fidelity Management Trust | (6,379.70) | Fidelity Management Trust Company 82 Devonshire Street Boston, MA 02109 |
| 03/31/2016 | Webster Bank | (38,809.84) | Webster Bank 185 Asylum Street 5th Floor Hartford, CT 06103-3494 |
| 04/04/2016 | Getzler Henrich | (40,000.00) | Getzler Henrich & Associates LLC 295 Madison Ave Fl 20 New York, NY 10017 |
| 04/04/2016 | Halperin Battaglia | (10,000.00) | Halperin Battaglia Benzija LLP 40 Wall Street Fl 37 New York, NY 10005 |
| 04/04/2016 | Island Hotel Company Ltd | (7,748.01) | Island Hotel Company Ltd 1000 S Pine Island Rd Suite 800 Plantation, FL 33324 |
| 04/04/2016 | Webster Bank | (921,000.00) | Webster Bank 185 Asylum Street 5th Floor Hartford, CT 06103-3494 |
| 04/04/2016 | Webster Bank | (501,000.00) | Webster Bank 185 Asylum Street 5th Floor Hartford, CT 06103-3494 |
| 04/05/2016 | Halperin Battaglia | (35,000.00) | Halperin Battaglia Benzija LLP 40 Wall Street Fl 37 New York, NY 10005 |
| 4/12/2016 | IBM | (951,182.83)* | *Return of a client deposit. |